PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAMA NINA, INC. dba<br>PADMA'S PLANTATION, | ) <br> ) | CASE NO. 1:20-CV-1440 |
| Plaintiff, | ) <br> ) <br> ) | JUDGE BENITA Y. PEARSON |
| v. | ) <br> ) | |
| THE CINCINNATI INSURANCE<br>COMPANY, | ) <br> ) <br> ) | **ORDER** [Resolving ECF No. 10) |
| Defendant. | | |

Pending is Defendant's Motion to Withdraw Its Motion to Dismiss. ECF No. 10. The motion is granted.

IT IS SO ORDERED.

 August 26, 2020       */s/ Benita Y. Pearson*
Date                                            Benita Y. Pearson
                                                              United States District Judge